Remus R. MOORE, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 98145.

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 29, 2013.

STATE of Missouri, Respondent,

v.

Donovan TATE, Appellant.

No. ED 98195.

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 29, 2013.

Maleaner Harvey, St. Louis, MO, for appellant.

Chris Koster, Andrew C. Hooper, Jefferson City, MO, for respondent.

Before ROBERT G. DOWD, JR., P.J., ROY L. RICHTER, J., and ANGELA T. QUIGLESS, J.

*ORDER*

PER CURIAM.

Movant, Remus Moore appeals from the denial of his Rule 24.035 post-conviction relief motion without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).